UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&S WORLDWIDE, INC., <br> Plaintiff, <br> v. <br> WELLS FARGO BANK, et al., <br> Defendants. | Case No. 20-cv-01926-KAW <br><br> ORDER TO SHOW CAUSE <br><br> Re: Dkt. No. 6 |

On March 25, 2020, Defendants filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was April 8, 2020.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before April 15, 2020, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before April 22, 2020.

IT IS SO ORDERED.

Dated: April 9, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge